# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES** | : | **CRIMINAL ACTION** |
| | : | |
| v. | : | |
| | : | |
| **ANTHONY ROBINSON** | : | No. 13-232 |

### ORDER

**AND NOW**, this **8th** day of **September, 2014**, upon consideration of Defendant's Motion to Suppress and the Government's response thereto, and following a hearing on Defendant's Motion to Suppress conducted on September 2, 2014, for the reasons stated in the Court's accompanying memorandum dated September 8, 2014, it is hereby **ORDERED** that the motion (Document No. 24) is **DENIED.**

BY THE COURT:

_____
**Berle M. Schiller, J.**