IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | No. 13-232 |
| ANTHONY ROBINSON | : | |
| | : | |

McHugh, J.                                                                                                           February 8, 2024

## MEMORANDUM

Petitioner Anthony Robinson was convicted by a jury of two counts of Hobbs Act robbery, in violation of 18 U.S.C.§ 1951(a), and one count of brandishing a firearm during and in relation to a crime of violence, in violation of 18 U.S.C. § 924(c). He was originally sentenced by Judge Schiller of this Court to a term of 360 months. After a successful appeal as to whether he was properly considered a career offender, he was resentenced to 180 months. He preserved the issue of whether Hobbs Act robbery qualified as a "crime of violence" under Section 924(c), seeking to benefit from the holding of *United States v. Davis,* 139 S. Ct. 2319 (2019).

Resolution of this remaining issue was deferred pending further development of the law from higher courts. Recently, in *United States v. Stoney*, 62 F.4th 108 (3d Cir. 2023), the Third Circuit held that completed Hobbs Act robbery remains a valid, predicate 924(c) "crime of violence."

Consequently, Mr. Robinson is not entitled to further relief, and his motion will be denied.

  /s/ Gerald Austin McHugh
United States District Judge