IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| | : | |
| v. | : | CRIMINAL ACTION |
| | : | No. 13-232 |
| ANTHONY ROBINSON | : | |
| | : | |

## ORDER

This 8th day of February, 2024, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that defendant's Motion to Vacate Sentence, ECF 84, is **DENIED.**

Given the unanimity of federal circuit courts that completed Hobbs Act robbery is a crime of violence, there is no basis for issuing a certificate of appealability.

                                                  /s/ Gerald Austin McHugh
                                                  United States District Judge